

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 7, 2017

By ECF

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zarein Ahmedzay et. al.
                Criminal Docket No. 10-019 (RJD)

Dear Judge Dearie:

        The government respectfully submits this letter to notify the Court that the undersigned Assistant United States Attorney will no longer represent the government in this case. We request that the docket reflect this change.

                                                    Respectfully submitted,

                                                      BRIDGET ROHDE
                                                      Acting United States Attorney

                                  By:     /s/ James P. Loonam
                                                      James P. Loonam
                                                      Assistant U.S. Attorney
                                                      (718) 254-7520

cc:    Defense Counsel (by ECF)